IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN CHANDLER                                                            PLAINTIFF

v.                              No. 3:22-cv-164-DPM

PATRICIA MARSHALL, Administration,
Poinsett County Detention Center; RON
HUNTER, Judge, Poinsett County; REGINA
HINDMAN, Correctional Officer, Poinsett
County Detention Center; and CAGEL,
Police Sergeant, Truman Police Department                        DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Chandler hasn't paid the $402 administrative and filing fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2022