IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN CHANDLER                                           PLAINTIFF

v.                      No. 3:22-cv-164-DPM

PATRICIA MARSHALL, Administration,
Poinsett County Detention Center; RON
HUNTER, Judge, Poinsett County; REGINA
HINDMAN, Correctional Officer, Poinsett
County Detention Center; and CAGEL,
Police Sergeant, Truman Police Department            DEFENDANTS

## JUDGMENT

Chandler's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2022